**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  B.J.L.

PETITION OF:  B.J.L.

: No. 152 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.